IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:20-cr-53 |
| BYRON ANDERSON, | |
| Defendant. | |

**O R D E R**

This matter comes before the Court on the Government's Motion to Dismiss.  (Doc. 584.) Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Court **GRANTS** the Government's Motion and **DISMISSES** Defendant Byron Anderson from the Indictment in the above-captioned case with prejudice.  The Court DENIES AS MOOT any pending motions as to Defendant Byron Anderson and DIRECTS the Clerk of Court to TERMINATE Defendant Byron Anderson from this case.

**SO ORDERED**, this 26th day of May, 2022.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA